PT

# United States District Court
## District of Maryland

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|  | (For Offenses Committed on or After November 1, 1987) |
| v. |  |
|  | Case Number: WDQ-07-0243 |
| DANIEL JONES | USM Number: |
|  | Defendant's Attorney: Andrew White |
|  |  |
|  | Assistant U.S. Attorney: Richard Kay |

**THE DEFENDANT:**

☑ pleaded guilty to count  1 of the Superseding Information 
☐ pleaded nolo contendere to count(s) _____, which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 §1324a (a)1(A) | Unlawful Employment | March 2007 | 1 |

The defendant is adjudged guilty of the offenses listed above and sentenced as provided in pages 1 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 125 S. Ct. 738 (2005).

☐ The defendant has been found not guilty on count(s) _____
☒ The Original Indictment is dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

December 6, 2007
Date of Imposition of Judgment

_[signature]_                                                                          5/6/18

William D. Quarles, Jr.                                                              Date
UNITED STATES DISTRICT JUDGE

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY - 6 2008

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                                 DEPUTY

Name of Court Reporter:   M. Giordano

**DEFENDANT:**     **DANIEL JONES**     **CASE NUMBER: WDQ-07-cr-0243**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; and (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☐ In full immediately; or

B ☐ $_____ immediately, balance due (in accordance with C, D, or E); or

C ☐ Not later than _____ ; or

D ☐ Installments to commence _____ day(s) after the date of this judgment.

E ☐ In _____ (*e.g. equal weekly, monthly, quarterly*) installments of $_____ over a period of _____ year(s) to commence when the defendant is placed on supervised release.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Unless the court expressly orders otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties except those payments made through the Bureau of Prisons Inmate Financial Responsibility Program, are to be made to the Clerk of the Court..

If the entire amount of criminal monetary penalties is not paid prior to the commencement of supervision, the balance shall be paid:

☐ in equal monthly installments during the term of supervision; or

☐ on a nominal payment schedule of $_____ per month during the term of supervision.

The U.S. probation officer may recommend a modification of the payment schedule depending on the defendant's financial circumstances.

Special instructions regarding the payment of criminal monetary penalties:

☐ Joint and Several with:

☐ The defendant shall pay the following costs of prosecution and/or court costs:

☒ The defendant shall forfeit the his interest in the following: Morgan - Jones, LLC, d/b/a Jones Industrial Network and MOJO Holding LLC to the United States: